160 A.3d 767

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Edward L. DOMES, Petitioner**

**No. 252 WAL 2016**

Supreme Court of Pennsylvania.

October 27, 2016

340

## ORDER

PER CURIAM

**AND NOW**, this 27th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**